**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRAVELERS EXCESS AND SURPLUS LINES COMPANY as subrogee of Mill Creek Residential Trust, LLC One Tower Square Hartford, CT 06183 | : : : : : : : | |
| and | : : | |
| MILL CREEK RESIDENTIAL TRUST, LLC 5910 North Central Expressway, Suite 1100 Dallas, TX 75206 | : : : : : | |
| Plaintiffs, | : : | Civil Action No.:  1:22-cv-03617 |
| v. | : : : | |
| A&H PLUMBING, INC. 1329 Shepard Drive Sterling, VA 20164 | : : : : | **JURY TRIAL DEMANDED** |
| Serve on Registered Agent: Tracy Bryan Horstkamp 1184 Hawling Place, SW Leesburg, VA 20175 | : : : : : : | |
| and | : : | |
| JAMES G. DAVIS CONSTRUCTION CORPORATION 12530 Parklawn Drive Rockville, MD 20852 | : : : : : : | |
| Serve on Resident Agent: The Corporation Trust, Incorporated 2405 York Road Suite 201 Lutherville-Timonium, MD 21093-2264 | : : : : : : : | |
| Defendants. | : : | |

## COMPLAINT

Plaintiffs, Travelers Excess and Surplus Lines Company a/s/o Mill Creek Residential Trust, LLC, and Mill Creek Residential Trust, LLC by counsel, hereby file this Complaint against Defendants, A&H Plumbing, Inc. and James G. Davis Construction Corporation, and in support thereof, avers as follows:

## PARTIES

1.    Plaintiff, Travelers Excess and Surplus Lines Company a/s/o Mill Creek Residential Trust, LLC (hereinafter "Travelers" or "Plaintiff"), is a corporation organized under the laws of the state of Connecticut with a principal place of business located at One Tower Square, Hartford, Connecticut 06183.

2.    At all times material hereto, Travelers was duly authorized to transact business and issue policies of insurance within the District of Columbia.

3.    Plaintiff, Mill Creek Residential Trust, LLC (hereinafter "Mill Creek") is a domestic limited liability corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 5910 North Central Expressway, Suite 1100, Dallas, Texas 75206.

4.    At all times material hereto, Mill Creek was authorized to transact and conduct business within the District of Columbia.

5.    Upon information and belief, and at all times relevant hereto, Defendant, A&H Plumbing, Inc., (hereinafter "A&H Plumbing") is a resident corporation organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located at 1329 Shepard Drive, Sterling, Virgina 20164.

6.    Upon information and belief, and at all times relevant hereto, Defendant, James G. Davis Construction Corporation, (hereinafter "Davis Construction") is a corporation organized and existing under the laws of the State of Maryland with its principal place of business located at 12350 Parklawn Dr., Rockville, Maryland 20852.

## JURISDICTION

7.    Plaintiff, Travelers, is a citizen of the State of Connecticut.  Plaintiff, Mill Creek is a citizen of the State of Delaware.  Defendant, A&H Plumbing, is a citizen of the Commonwealth of Virginia.  Defendant, Davis Construction is a citizen of the State of Maryland.  As such, diversity exists between Plaintiffs and Defendant.

8.    The amount in controversy in this matter exceeds $75,000.00 excluding interest and costs.

9.    Accordingly, the United States District Court has jurisdiction over this matter based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

## VENUE

10.    Pursuant to 28 U.S.C.A. § 1391, venue is proper in the United States District Court for the District of Columbia because it is the judicial district within which a substantial part of the events giving rise to Plaintiffs' claims occurred—at 1001 4th Street SW, Washington, DC 20024.

## BACKGROUND

11.    Plaintiff, Mill Creek is a domestic limited liability corporation organized and existing under the laws of the State of Delaware with a principal place of business located at .

12.    At all times relevant hereto, Plaintiff, Mill Creek owned and operated an apartment building at the property located at 1001 4th Street SW, Washington, DC 20024 (hereinafter "the Property").

13.    Before August 4, 2020, Plaintiff, Travelers, issued a policy of insurance to Plaintiff, Mill Creek under Policy Number KTQCMB4P137515 (hereinafter "the Policy"). The Policy was in effect at all times relevant hereto and insured the Property against loss.

14.    Before August 4, 2020, Defendant, Davis Construction was hired to and did perform construction work at the Property and retained certain subcontractors, such as; Defendant, A&H Plumbing to perform work at the Property including the installation of pipes and water lines.

15.    Before August 4, 2020, Defendant, A&H Plumbing performed plumbing work at the Property, which including, inter alia, installing pipes and water lines.

16.    On or about August 4, 2020, Plaintiff, Mill Creek had domestic water line breaks at the Property. These water line breaks caused a significant water discharge resulting in substantial damage to the Property (hereinafter "the Water Loss").

17.    The Water Loss and resulting damages were caused by the carelessness, negligence, and recklessness of the Defendants' installation of the pipes and water lines.

18.    As a direct and proximate result of the Water Loss caused by Defendants, A&H and Davis Construction, Plaintiff, Mill Creek suffered significant damages to the Property and sustained losses in an amount in excess of $75,000.00.

19.    In accordance with the terms and conditions of the Policy, Plaintiff, Travelers, was required to and did make payments to or on behalf of its insured, Plaintiff, Mill Creek in an amount in excess of $75,000.00 for damages sustained as a result of the Water Loss.

20.    By virtue of the payments made to its insured, and in accordance with the terms and conditions of the Policy, Plaintiff, Travelers, is legally, equitably and contractually subrogated to the rights of its insured to the extent of such payments.

## COUNT I – NEGLIGENCE
### Plaintiffs v. A&H Plumbing

21.    Plaintiffs hereby incorporate the allegations set forth in paragraphs 1 through 20 of Plaintiffs' Complaint as if fully set forth herein at length.

22.    Defendant, A&H Plumbing had a duty to Plaintiffs to exercise reasonable and/or due care in the installation of plumbing and piping systems at the Property.

23.    The August 4, 2020 water loss and resulting damages were caused by the breach of duty, negligence, carelessness and/or negligent omissions of Defendant, A&H Plumbing as follows:

a.  Failing to take necessary and reasonable precautions in order to safeguard the Property and protect the Property against the risk of harm from a water loss;

b.  Failing to exercise reasonable precautions for the prevention of a water loss;

c.  Failing to comply with all relevant and applicable local, state and federal laws, rules, regulations, ordinances and/or codes;

d.  Failing to follow the installation instructions for the installation of the pipes at the Property;

e.  Failing to follow the pipe and solvent manufacturer's instructions and warnings;

f.  Using an excessive amount of solvent when joining pipe junctions, thereby creating an unreasonable risk of harm to the Property;

g.  Using an excessive amount of solvent causing the pipes to crack, split, separate and fail;

h.   Failing to take steps to prevent the foreseeable risk of water damage stemming from an inevitable piping separation due to an excessive use of solvent on piping junctions;

i.   Failing to inspect and replace the pipe which had excessive amounts of solvent;

j.   Ultimately causing a pipe break and separation resulting in significant water damage;

k.   Otherwise failing to exercise reasonable and proper care and skill under the circumstances; and

l.   Such other acts and/or omissions that will be revealed during discovery.

24.   The August 4, 2020 water loss occurred as a direct and proximate result of the aforesaid breach of duty, negligence, carelessness, and/or negligent omissions of Defendant, A&H Plumbing.

25.   As a direct and proximate result of the incident that occurred on or about August 4, 2020, Plaintiff, Mill Creek sustained substantial damages to the Property and certain other losses in an amount in excess of $75,000.00.

26.   In accordance with the terms and conditions of the Policy, Plaintiff, Travelers was required to and did make payments to its insured in an amount in excess of $75,000.00 for damages sustained as a result of the Water Loss described above.

27.   By virtue of the payments made to its insured, and in accordance with the terms and conditions of the Policy, Plaintiff, Travelers, is legally, equitably and contractually subrogated to the rights of its insured to the extent of such payments.

**WHEREFORE,** Plaintiffs, Travelers as subrogee of Mill Creek Residential LLC, and Mill Creek Residential Trust, LLC demand judgment in their favor in an amount in excess of

$75,000.00 against Defendants, A&H Plumbing and Davis Construction, jointly, severally and in the alternative together with interest, costs of suit and such other relief as this Honorable Court deems just and appropriate.

## COUNT II – NEGLIGENCE
### Plaintiffs v. Davis Construction

28.    Plaintiffs hereby incorporate paragraphs 1 through 27 as if set forth herein at length.

29.    Defendant, Davis Construction had a duty to Plaintiffs to exercise reasonable and/or due care in serving as the general contractor during the construction of the property, retaining properly qualified subcontractors and to perform, coordinate and oversee the installation of plumbing and piping systems at the Property.

30.    The August 4, 2020 water loss and resulting damages were caused by the breach of duty, negligence, carelessness and/or negligent omissions of Defendant, Davis Construction as follows:

a.    Failing to take necessary and reasonable precautions in order to safeguard the Property and protect the Property against the risk of harm from a water loss;

b.    Failing to hire competent and qualified plumbing contractors to perform work at the Property;

c.    Failing to supervise its subcontractors;

d.    Failing to inspect its subcontractors work;

e.    Failing to provide adequate and proper instruction to its subcontractor/Defendant, A&H Plumbing regarding how to properly install pipes at the Property;

f.    Failing to correct and/or ensure the deficiencies in Defendant, A&H Plumbing's work was corrected;

g.  Failing to follow the installation instructions for the installation of the pipes at the Property;

h.  Failing to follow the pipe and solvent manufacturer's instructions and warnings;

i.  Using an excessive amount of solvent when joining pipe junctions, thereby creating an unreasonable risk of harm to the Property;

j.  Using an excessive amount of solvent causing the pipes to crack, split, separate and fail;

k.  Failing to take steps to prevent foreseeable risk of water damage stemming from an inevitable piping separation due to an excessive use of solvent on piping junctions;

l.  Allowing and/or permitting a dangerous condition to exist at the Property;

m.  Failing to identify, correct and address the excessive amount of solvent its subcontractor/Defendant, A&H Plumbing utilized when installing pipes at the Property;

n.  Failing to exercise reasonable precautions for the prevention of a water loss;

o.  Failing to comply with all relevant and applicable local, state and federal laws, rules, regulations, ordinances and/or codes;

p.  Permitting its subcontractor to use an excessive amount of solvent when joining pipe junctions, thereby creating an unreasonable risk of harm to the Property;

q.  Permitting its subcontractor to use an excessive amount of solvent causing the pipes crack, split, separate and fail;

r.  Failing to take steps to prevent foreseeable risk of water damage stemming from an inevitable piping separation due to an excessive use of solvent on piping junctions;

s.  Failing to inspect and replace the pipe which had excessive amounts of solvent;

t.  Ultimately causing a pipe break and separation resulting in significant water damage;

u.  Otherwise failing to exercise reasonable and proper care and skill under the circumstances; and

v.  Such other acts and/or omissions that will be revealed during discovery.

31.    The August 4, 2020 water loss occurred as a direct and proximate result of the aforesaid breach of duty, negligence, carelessness, and/or negligent omissions of Defendant, Davis Construction.

32.    As a direct and proximate result of the incident that occurred on or about August 4, 2020, Plaintiff, Mill Creek sustained substantial damages to the Property and certain other losses in an amount in excess of $75,000.00.

33.    In accordance with the terms and conditions of the Policy, Plaintiff, Travelers was required to and did make payments to its insured in an amount in excess of $75,000.00 for damages sustained as a result of the Water Loss described above.

34.    By virtue of the payments made to its insured, and in accordance with the terms and conditions of the Policy, Plaintiff, Travelers, is legally, equitably and contractually subrogated to the rights of its insured to the extent of such payments.

**WHEREFORE,** Plaintiffs, Travelers as subrogee of Mill Creek Residential LLC, and Mill Creek Residential Trust, LLC demand judgment in their favor in an amount in excess of $75,000.00 against Defendants, A&H Plumbing and Davis Construction, jointly, severally and in the alternative together with interest, costs of suit and such other relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

STRAVITZ LAW FIRM, PC

By:    /s/Eric N. Stravitz
         Eric N. Stravitz (Unified Bar No. 438093)
         4601 Presidents Drive
         Suite 120
         Lanham, MD 20706
         O: (240) 467-5741
         F: (240) 467-5743
         E: eric@stravitzlawfirm.com

         LAW OFFICE OF ROBERT A. STUTMAN, P.C

By:    /s/Michael F. Wallace
         Michael F. Wallace (MPHVA to be filed)
         20 E. Taunton Road
         Suite 403
         Berlin, NJ  08009
         Tel:  (856) 767-6800 x14
         Fax:  (856) 767-6810
         Email:  Wallacem@stutmanlaw.com

         *Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs, Travelers Excess and Surplus Lines Company a/s/o Mill Creek Residential Trust, LLC and Mill Creek Residential Trust, LLC demand a trial by jury as to all issues.

         /s/Eric N. Stravitz
         Eric N. Stravitz (Unified Bar No. 438093)