UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TRAVELERS EXCESS AND SURPLUS LINES COMPANY a/s/o MILL CREEK RESIDENTIAL TRUST, et al.,**

　　　　**Plaintiffs,**

　v.

**JAVIER CONSTRUCTION CORPORATION,**

　　　　**Defendant.**

Case No. 22-cv-3617

## ORDER

In light of the parties' notice of settlement and joint stipulation of dismissal, ECF No. 43, it is hereby

**ORDERED** that this matter is dismissed with prejudice. The Clerk of the Court is respectfully directed to close the case and terminate any pending deadlines.

**SO ORDERED**.

Date: May 28, 2024

　　　　　　　　　　　　　　　　　　　G. MICHAEL HARVEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE